DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| | | | |
|---|---|---|---|
| 420P12 | Lacy Lee Williams, Jr. v. North Carolina Department of Public Safety, et al. | Plt's *Pro Se* Motion for Petition to Certify for Appeal (COAP12-471) | Denied |
| 421P12 | State v. David Thomas | Def's *Pro Se* Motion for NOA Presenting Constitutional Questions (COAP12-485) | Dismissed *Ex Mero Motu* |
| 422P12 | State v. Calvin Wayne Locklear | Def's *Pro Se* Motion for PDR (COAP12-779) | Denied |
| 423P12 | Warren E. Penny v. Marie Davis Penny (Deceased) and M. Scott Boyles | Def's *Pro Se* PWC to Review Order of COA (COAP12-587) | Denied |
| 425P12 | State v. Derrick Allen | 1. Def's Motion for Temporary Stay (COA11-744)<br><br>2. Def's Petition for *Writ of Supersedeas*<br><br>3. Def's NOA Based Upon a Constitutional Question<br><br>4. Def's PDR Under N.C.G.S. § 7A-31<br><br>5. State's Motion to Dismiss Appeal | 1. Denied **10/10/12;** Dissolved the Stay **12/12/12**<br><br>2. Denied<br><br>3. - - -<br><br>4. Denied<br><br>5. Allowed |
| 426P12 | State v. Joseph Alan Lambert | 1. Def's PWC to Review Order of COA (COA11-1574)<br><br>2. Def's NOA Based Upon a Constitutional Question<br><br>3. Def's PDR Under N.C.G.S. § 7A-31<br><br>4. State's Motion to Dismiss Appeal | 1. See Special Order<br><br>2. - - -<br><br>3. Denied<br><br>4. Allowed |
| 430P12 | State v. Luis Angel Reyes Hernandez | 1. Def's NOA Based Upon a Constitutional Question (COA12-5)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss Appeal | 1. - - -<br><br>2. Denied<br><br>3. Allowed |
| 431P12 | State v. Eduardo Molina Arellano | Def's *Pro Se* Motion for PDR (COAP12-752) | Denied |